UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEVONTE JAMAL BERNARD,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendants.

Case No. 1:26-cv-06654-FJS

ORDER EXTENDING BRIEFING SCHEDULE

(ECF 11)

On November 20, 2026, Plaintiff filed a *Stipulation to Extend Time to File Motion for Summary* to December 21, 2026. (ECF 11.) Counsel for Plaintiff stated that caregiving responsibilities, specifically caring for an ill child, prevented completion of the motion for summary judgment or submission of an extension request prior to the deadline. (ECF 11). Based on counsel's representations, the court finds good cause to grant the request.

Accordingly, for the reasons set forth in Plaintiff's stipulation and for good cause shown, IT IS HEREBY ORDERED that the briefing schedule is amended as follows:

Plaintiff's motion for summary judgment is due December 21, 2026;

Defendant's cross-motion is due January 20, 2027.

Plaintiff's optional reply is due February 3, 2027.

IT IS SO ORDERED.

Dated: **November 23, 2026**

UNITED STATES MAGISTRATE JUDGE